UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-23236-JB

TUSHBABY, INC.,

    Plaintiff,

v.

BABYKIDS,

    Defendant.

_____/

### ORDER OF TRANSFER

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Good cause appearing that a transfer of this action is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to the instant case being intertwined with issues raised in Case No. 24-cv-22281-DSL, and subject to the consent of the Honorable David S. Leibowitz, it is hereby **ORDERED AND ADJUDGED** that the above-numbered case is transferred to the calendar of Judge David S. Leibowitz for all further proceedings.

**DONE AND ORDERED** in Chambers this 3rd day of September, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

After reviewing the file in the above-styled case, the undersigned accepts the transfer of this case. Additionally, this case involves the same subject matter and claims pending before the undersigned in Case No. 24-cv-22281-DSL. Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **CONSOLIDATED** with **Case No. 24-cv-22281-DSL**. All pleadings filed after this date shall be filed under Case No. 24-cv-22281-DSL.

2. The Clerk shall **CLOSE** Case No. 24-cv-23236-DSL for administrative purposes only.

**DONE AND ORDERED** in the Southern District of Florida on September 3, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record