UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-23236

TUSHBABY, INC.,

    Plaintiff,

v.

BABYKIDS, a Foreign Corporation,

    Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that in compliance with this Court's Order dated September 11, 2024, a copy of the Court's Order granting Plaintiff's Motion to Withdraw as Counsel (Dkt No. 9), was served via email upon Tamara Rant, CEO of TushBaby, Inc.

Dated: September 11, 2024        Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Marshall Dore Louis*
Marshall Dore Louis (FL Bar No. 512680)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539 8400
E-mail: mlouis@bsfllp.com

*Attorney for Plaintiff TushBaby, Inc.*

1